| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
COPPER CANYON PARTNERS LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
46-1937063

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3715 LAKESIDE DRIVE, STE. A<br>RENO, NV 89509 | 1117 L STREET<br>MODESTO, CA 95354 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Washoe<br>County | **Location of principal assets, if different from principal place of business**<br>NORTH OF I-8O AND EAST OF VISTA BLVD.<br>SPARKS, NV 89434<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 1

Debtor  **COPPER CANYON PARTNERS LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **COPPER CANYON PARTNERS LLC**  Case number (*if known*) _____
_____Name_____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **COPPER CANYON PARTNERS LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 11, 2018**
MM / DD / YYYY

X **/s/ PHILLIP KIRK DeLaMARE**         **PHILLIP KIRK DeLaMARE**
Signature of authorized representative of debtor         Printed name

Title   **DeLaMARE FAMILY INVESTMENTS NO. 1, L.P., Managing Member**

**18. Signature of attorney**

X **/s/ STEPHEN R. HARRIS**         Date **October 11, 2018**
Signature of attorney for debtor         MM / DD / YYYY

**STEPHEN R. HARRIS**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**6151 LAKESIDE DRIVE**
**SUITE 2100**
**RENO, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone   **775-786-7600**         Email address   **steve@harrislawreno.com**

**001463 NV**
Bar number and State

Fill in this information to identify the case:

Debtor name: **COPPER CANYON PARTNERS LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DeLaMARE FAMILY INVESTMENTS, NO. 1, LP<br>1117 L STREET<br>MODESTO, CA 95354 | | | | | | $303,791.00 |
| DeLaMARE FAMILY INVESTMENTS, NO. 1., LP<br>1117 L. STREET<br>MODESTO, CA 95354 | | | | | | $49,750.00 |
| DTOM, LLC<br>7444 RIVER NINE DRIVE<br>MODESTO, CA 95356 | | | | | | $69,333.00 |
| HILLARD, JOAN<br>214 W. 9TH STREET<br>ONAGA, KS 66521 | | | | | | $42,014.00 |
| HOY CHRISSINGER KIMMEL VALLAS PC<br>50 W. LIBERTY STREET,<br>SUITE 840<br>RENO, NV 89501 | | LEGAL SERVICES | | | | $218,781.00 |
| JENSEN & JENSEN<br>1514 H STREET<br>MODESTO, CA 95354 | | | | | | $4,000.00 |
| JOHNSON & ASSOCIATES<br>631 15TH STREET<br>MODESTO, CA 95354 | | | | | | $200.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor  **COPPER CANYON PARTNERS LLC**  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **K.R.K., LLC**<br>3043 GOLD CANAL DRIVE, SUITE 250<br>RANCHO CORDOVA, CA 95670 | | **LITIGATION** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $0.00 |
| **LEWIS AND ROCA, LLP**<br>ONE LIBERTY STREET<br>SUITE 300<br>RENO, NV 89501-1922 | | **LEGAL SERVICES** | | | | $20,419.00 |
| **MATTHEWS, BARBARA**<br>214 W. 9TH STREET<br>ONAGA, KS 66521 | | | | | | $69,595.00 |
| **MOORE LAW GROUP**<br>3715 LAKESIDE DRIVE, SUITE 1<br>RENO, NV 89509 | | **LEGAL SERVICES** | | | | $6,253.00 |
| **MVE, INC.**<br>1117 L STREET<br>MODESTO, CA 95354 | | | | | | $2,134,062.00 |
| **MVE, INC.**<br>1117 L STREET<br>MODESTO, CA 95354 | | | | | | $470,117.00 |
| **NAKAMURA, DONNA**<br>214 W. 9TH STREET<br>ONAGA, KS 66521 | | | | | | $139,233.00 |
| **SCOTT, SETH W.**<br>C/O BOOKER T. EVANS, JR.<br>ONE SUMMERLIN<br>1980 FESTIVAL PLAZA DR., STE. 900<br>LAS VEGAS, NV 89135 | | **LITIGATION** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $0.00 |
| **SPEER FAMILY INVESTMENTS NO. 1, LP**<br>611 ENSLEN AVENUE<br>MODESTO, CA 95354 | | | | | | $373,333.00 |
| **WURTH, MARY**<br>214 W. 9TH STREET<br>ONAGA, KS 66521 | | | | | | $297,077.00 |

Debtor  **COPPER CANYON PARTNERS LLC**        Case number *(if known)*
    Name

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re   **COPPER CANYON PARTNERS LLC**                                    Case No.
                                    Debtor(s)                              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **ACTUAL FEES/COSTS** |
   | Prior to the filing of this statement I have received | $ **25,000.00** |
   | Balance Due | $ **UNKNOWN** |

2. The source of the compensation paid to me was:

   ☑ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor       ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 11, 2018**                           **/s/ STEPHEN R. HARRIS**
*Date*                                         **STEPHEN R. HARRIS**
                                               *Signature of Attorney*
                                               **HARRIS LAW PRACTICE LLC**
                                               **6151 LAKESIDE DRIVE**
                                               **SUITE 2100**
                                               **RENO, NV 89511**
                                               **775-786-7600   Fax: 775-786-7764**
                                               **steve@harrislawreno.com**
                                               *Name of law firm*

---

# United States Bankruptcy Court
## District of Nevada

In re: **COPPER CANYON PARTNERS LLC**, Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ACEVES, LINDA**<br>8807 ROUNDTABLE COURT<br>FAIR OAKS, CA 95628 | CAPITAL | 2.75% | MEMBER |
| **BOB VALENTINE**<br>34020 S. HIGHWAY 1<br>GUALALA, CA 95455 | CAPITAL | 6.25% | MEMBER |
| **BURKETT, ASHLEY**<br>3320 PRINS TEMP DRIVE<br>MODESTO, CA 95356 | CAPITAL | 6.25% | MEMBER |
| **CRABB, GLENN AND WENDY**<br>10015 GOLAR WASH<br>RENO, NV 89521 | CAPITAL | .13% | MEMBER |
| **DASCO DEVELOPMENT**<br>1117 L STREET<br>MODESTO, CA 95354 | CAPITAL | 5.65% | MEMBER |
| **DeLaMARE FAMILY INVESTMENTS, NO. 1, LP**<br>1117 L STREET<br>MODESTO, CA 95354 | PARTICIPATING | 16.66% | MEMBER |
| **DeLaMARE FAMILY INVESTMENTS, NO. 1, LP**<br>1117 L STREET<br>MODESTO, CA 95354 | CAPITAL | 16.10% | MEMBER |
| **DeLaMARE, CATHERINE A.**<br>7444 RIVER NINE DRIVE<br>MODESTO, CA 95356 | CAPITAL | .38% | MEMBER |
| **DeLaMARE, PHILLIP K.**<br>7444 RIVER NINE DRIVE<br>MODESTO, CA 95356 | CAPITAL | .50% | MEMBER |
| **HAMPTON CONSULTING**<br>2070 WEST GREEN SPRINGS RD.<br>EL DORADO HILLS, CA 95762-9722 | PARTICIPATING | 16.66% | MEMBER |
| **HILLARD, JOAN**<br>534 ARROYO DRIVE SOUTH<br>SOUTH PASADENA, CA 91030 | CAPITAL | .45% | MEMBER |

In re: **COPPER CANYON PARTNERS LLC**     Case No. _____
                                                       Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **HILLARD, JOAN**<br>**534 ARROYO DRIVE SOUTH**<br>**SOUTH PASADENA, CA 91030** | **CAPITAL** | **.25%** | **MEMBER** |
| **JONES, ANN**<br>**988 SPENCER AVENUE**<br>**SAN JOSE, CA 95125** | **CAPITAL** | **.68%** | **MEMBER** |
| **MATTHEWS, BARBARA**<br>**247 NORTHLAKE DRIVE**<br>**FOLSOM, CA 95630** | **CAPITAL** | **1.08%** | **MEMBER** |
| **NAKUMURA, DONNA**<br>**1327 SILVER OAK WAY**<br>**SACRAMENTO, CA 95831** | **CAPITAL** | **1.41%** | **MEMBER** |
| **SPEER FAMILY INVESTMENTS NO. 1, LP**<br>**611 ENSLEN AVENUE**<br>**MODESTO, CA 95354** | **PARTICIPATING** | **16.66%** | **MEMBER** |
| **STEELEY, JEFF AND MARY**<br>**3713 DRAKESHIRE DRIVE**<br>**MODESTO, CA 95356** | **CAPITAL** | **.94%** | **MEMBER** |
| **SULLIVAN, ROBERT**<br>**1677 RIDGE DRIVE**<br>**MERCED, CA 95340** | **CAPITAL** | **.63%** | **MEMBER** |
| **SULLIVAN, ROBERT**<br>**1677 RIDGE DRIVE**<br>**MERCED, CA 95340** | **CAPITAL** | **.75%** | **MEMBER** |
| **THOMAS H. & JEAN LEE DeLaMARE 2008 TRUST**<br>**4028 LAMARCK AVENUE**<br>**MODESTO, CA 95356** | **CAPITAL** | **.13%** | **MEMBER** |
| **TOBIN, SEAN**<br>**1600 STANDIFORD AVENUE**<br>**MODESTO, CA 95350** | **CAPITAL** | **1.88%** | **MEMBER** |
| **TOGNAZZINI, BONNIE**<br>**9531 RODEO DRIVE**<br>**GILROY, CA 95020** | **CAPITAL** | **1.56%** | **MEMBER** |
| **VELLA, VINCE**<br>**16300 ORANGE BLOSSOM ROAD**<br>**OAKDALE, CA 95361** | **CAPITAL** | **.63%** | **MEMBER** |

List of equity security holders consists of 3 total page(s)

In re: **COPPER CANYON PARTNERS LLC**          Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **YOUNG, CHARLES**<br>**208 VAGABOND COURT**<br>**ALAMO, CA 94507** | **CAPITAL** | **1.63%** | **MEMBER** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **DeLaMARE FAMILY INVESTMENTS NO. 1, L.P., Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 11, 2018**          Signature **/s/ PHILLIP KIRK DeLaMARE**
                                              **PHILLIP KIRK DeLaMARE**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Nevada

In re  **COPPER CANYON PARTNERS LLC**                              Case No.
                            Debtor(s)                    Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the DeLaMARE FAMILY INVESTMENTS NO. 1, L.P., Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 11, 2018**                    **/s/ PHILLIP KIRK DeLaMARE**
                                               **PHILLIP KIRK DeLaMARE/DeLaMARE FAMILY INVESTMENTS**
                                               **NO. 1, L.P., Managing Member**
                                               Signer/Title

COPPER CANYON PARTNERS LLC
1117 L STREET
MODESTO, CA 95354

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

ACEVES, LINDA
8807 ROUNDTABLE COURT
FAIR OAKS, CA 95628

BOB VALENTINE
34020 S. HIGHWAY 1
GUALALA, CA 95455

BRET F.  MEICH
JAMIE P. DREHER
5421 KIETZKE LANE, SUITE 100
RENO, NV 89511

BURKETT, ASHLEY
3320 PRINS TEMP DRIVE
MODESTO, CA 95356

COPPER CANYON INVESTORS, LLC
1825 DEL PASO BLVD.
SACRAMENTO, CA 95815

```
CRABB, GLENN AND WENDY
10015 GOLAR WASH
RENO, NV 89521

DASCO DEVELOPMENT
1117 L STREET
MODESTO, CA 95354

DELAMARE FAMILY INVESTMENTS, NO. 1, LP
1117 L STREET
MODESTO, CA 95354

DELAMARE FAMILY INVESTMENTS, NO. 1., LP
1117 L. STREET
MODESTO, CA 95354

DELAMARE, CATHERINE A.
7444 RIVER NINE DRIVE
MODESTO, CA 95356

DELAMARE, PHILLIP K.
7444 RIVER NINE DRIVE
MODESTO, CA 95356

DTOM, LLC
7444 RIVER NINE DRIVE
MODESTO, CA 95356

FIRST AMERICAN TITLE COMPANY
2500 PASEO VERDE PKWY, STE. 120
HENDERSON, NV 89074

HAMPTON CONSULTING
2070 WEST GREEN SPRINGS RD.
EL DORADO HILLS, CA 95762-9722

HILLARD, JOAN
214 W. 9TH STREET
ONAGA, KS 66521

HILLARD, JOAN
534 ARROYO DRIVE SOUTH
SOUTH PASADENA, CA 91030

HOY CHRISSINGER KIMMEL VALLAS PC
50 W. LIBERTY STREET,
SUITE 840
RENO, NV 89501

JENSEN & JENSEN
1514 H STREET
MODESTO, CA 95354
```

```
JOHNSON & ASSOCIATES
631 15TH STREET
MODESTO, CA 95354

JONES, ANN
988 SPENCER AVENUE
SAN JOSE, CA 95125

K.R.K., LLC
3043 GOLD CANAL DRIVE, SUITE 250
RANCHO CORDOVA, CA 95670

LEWIS AND ROCA, LLP
ONE LIBERTY STREET
SUITE 300
RENO, NV 89501-1922

MATTHEWS, BARBARA
214 W. 9TH STREET
ONAGA, KS 66521

MATTHEWS, BARBARA
247 NORTHLAKE DRIVE
FOLSOM, CA 95630

MOORE LAW GROUP
3715 LAKESIDE DRIVE, SUITE 1
RENO, NV 89509

MVE, INC.
1117 L STREET
MODESTO, CA 95354

NAKAMURA, DONNA
214 W. 9TH STREET
ONAGA, KS 66521

NAKUMURA, DONNA
1327 SILVER OAK WAY
SACRAMENTO, CA 95831

PV RENO DELAWARE, LLC
4350 LA JOLLA VILLAGE DRIVE
SUITE 110
SAN DIEGO, CA 92122

SCOTT, SETH W.
C/O BOOKER T. EVANS, JR.
ONE SUMMERLIN
1980 FESTIVAL PLAZA DR., STE. 900
LAS VEGAS, NV 89135

SPEER FAMILY INVESTMENTS NO. 1, LP
611 ENSLEN AVENUE
MODESTO, CA 95354
```

```
STEELEY, JEFF AND MARY
3713 DRAKESHIRE DRIVE
MODESTO, CA 95356

SULLIVAN, ROBERT
1677 RIDGE DRIVE
MERCED, CA 95340

THOMAS H. & JEAN LEE DELAMARE 2008 TRUST
4028 LAMARCK AVENUE
MODESTO, CA 95356

TOBIN, SEAN
1600 STANDIFORD AVENUE
MODESTO, CA 95350

TOGNAZZINI, BONNIE
9531 RODEO DRIVE
GILROY, CA 95020

VELLA, VINCE
16300 ORANGE BLOSSOM ROAD
OAKDALE, CA 95361

WURTH, MARY
214 W. 9TH STREET
ONAGA, KS 66521

YOUNG, CHARLES
208 VAGABOND COURT
ALAMO, CA 94507
```

# United States Bankruptcy Court
### District of Nevada

In re: **COPPER CANYON PARTNERS LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **COPPER CANYON PARTNERS LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**DeLaMARE FAMILY INVESTMENTS, NO. 1, LP**
**1117 L STREET**
**MODESTO, CA 95354**

**DeLaMARE FAMILY INVESTMENTS, NO. 1, LP**
**1117 L STREET**
**MODESTO, CA 95354**

**HAMPTON CONSULTING**
**2070 WEST GREEN SPRINGS RD.**
**EL DORADO HILLS, CA 95762-9722**

**SPEER FAMILY INVESTMENTS NO. 1, LP**
**611 ENSLEN AVENUE**
**MODESTO, CA 95354**

☐ None [*Check if applicable*]

**October 11, 2018**
Date

**/s/ STEPHEN R. HARRIS**
**STEPHEN R. HARRIS**
Signature of Attorney or Litigant
Counsel for **COPPER CANYON PARTNERS LLC**
**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE**
**SUITE 2100**
**RENO, NV 89511**
**775-786-7600 Fax:775-786-7764**
**steve@harrislawreno.com**

**United States Bankruptcy Court**
**District of Nevada**

In re   **COPPER CANYON PARTNERS LLC**                                            Case No.
                                   Debtor(s)                                      Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **PHILLIP KIRK DeLaMARE**, declare under penalty of perjury that I am the representative of **DeLaMARE FAMILY INVESTMENTS NO. 1, L.P., Managing Member** of **COPPER CANYON PARTNERS LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **10th** day of **October**, 20 **18**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **PHILLIP KIRK DeLaMARE**, representative of **DeLaMARE FAMILY INVESTMENTS NO. 1, L.P., Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **PHILLIP KIRK DeLaMARE, representative of DeLaMARE FAMILY INVESTMENTS NO. 1, L.P., Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **PHILLIP KIRK DeLaMARE**, representative of **DeLaMARE FAMILY INVESTMENTS NO. 1, L.P., Managing Member** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date **October 11, 2018**                                    Signed  /s/ PHILLIP KIRK DELAMARE
                                                                     **PHILLIP KIRK DeLaMARE, representative of**
                                                                     **DeLaMARE FAMILY INVESTMENTS NO. 1, L.P.**

Resolution of Board of Directors
of
**COPPER CANYON PARTNERS LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **PHILLIP KIRK DeLaMARE**, representative of **DeLaMARE FAMILY INVESTMENTS NO. 1, L.P., Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **PHILLIP KIRK DeLaMARE**, representative of **DeLaMARE FAMILY INVESTMENTS NO. 1, L.P., Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **PHILLIP KIRK DeLaMARE**, representative of **DeLaMARE FAMILY INVESTMENTS NO. 1, L.P., Managing Member** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date **October 11, 2018**     Signed   **/s/ PHILLIP KIRK DELAMARE**

Date **October 11, 2018**     Signed