STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

COPPER CANYON PARTNERS LLC,

    Debtor.

_____/

Case No. 18-51144-btb

(Chapter 11)

**DECLARATION OF PHILLIP KIRK DeLaMARE IN SUPPORT OF EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNT**

Hearing Date: OST Pending
Hearing Time: OST Pending
Est. Time:    10 minutes
Set by:       Judge Beesley

    I, Phillip Kirk DeLaMare, hereby declare as follows:

    1.    I am over the age of 18 and am mentally competent. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Debtor, information learned from my review of relevant documents and information supplied to me by other members of Debtor's management and various business and legal advisors.

    2.    I am the duly appointed representative of DeLaMare Family Investments No. 1, L.P., a Managing Member of the Debtor.

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

1

3. I have read the EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNT ("Motion") and attest that the contents therein, including exhibits, are true and correct to the best of my knowledge, information and belief.

4. As can be seen from the Exhibit "A" to the Motion, the Debtor seeks to maintain its prepetition Bank Account, as it would be burdensome and disruptive to the Debtor's ongoing business operations to close this account and open a new Debtor-in-Possession account. As the representative of the Debtor, I believe in my best business judgment that it is in the best interest of the estate and creditors to maintain the Bank Account as it existed prepetition.

5. In order to avoid possible harm to the continuing business operations of the Debtor, it is imperative that the Debtor have a seamless continued use of its existing pre-petition Bank Accounts. Interruption in the payment and honoring of Credits and Debits could be detrimental to the Debtor's Chapter 11 reorganization process if the Debtor does not have immediate access to its Bank Account to pay post-petition operating expenses and debt service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 12th day of October, 2018.

_____
Phillip Kirk DeLaMare, representative of
DeLaMare Family Investments No. 1, L.P.,
Managing Member

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

2