STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

COPPER CANYON PARTNERS LLC,

Debtor.

_____/

Case No. 18-51144-btb

(Chapter 11)

**EX-PARTE MOTION FOR ORDER SHORTENING TIME**

Hearing Date: N/A
Hearing Time:
Est. Time:
Set by:

| SUMMARY IMPACT OF REQUEST TO SHORTEN TIME |
|---|
| **The subject Motions on which an Order Shortening Time is requested herein will have an estimated 10 minute impact on the Court's calendar.** |

COPPER CANYON PARTNERS LLC, a Nevada limited liability company("Debtor"), by and through its proposed attorneys STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, hereby moves and represents as follows:

1. Debtor filed a Voluntary Petition for Chapter 11 relief on October 11, 2018. No trustee has been appointed and Debtor acts as Debtor-in-Possession herein.

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

1

2. The Debtor is a real estate developer with a planned development community located in Sparks, Nevada, consisting of approximate 1,200 acres of vacant land.

3. On October 12, 2018, Debtor filed its EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNT (Docket No. 7) ("Motion").

4. The Motion seeks an Order order authorizing the maintenance of the Debtor's prepetition Bank Account as set forth in the Motion and in the <u>DeLaMare Declaration</u>, and that any such order include a waiver of the 14 day stay under Rule 6004(h).

5. Time is of the essence in hearing the Motion because Debtor cannot afford an interruption in its access to the Bank Account in order to pay ongoing operating expenses and debt service.

6. Debtor will provide notice of the Motion via email or facsimile to the Debtor's secured creditors, the financial institutions affected by the Motion, the Office of the United States Trustee, and the creditors holding the twenty largest unsecured claims. All other creditors shall receive notice of the Motion via regular U.S. Mail unless the Debtor can obtain email addresses or facsimile numbers for such creditors.

WHEREFORE, Debtor respectfully requests that this Court enter an order shortening the time for notice of hearing with respect to its EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNT (Docket No. 7), so that such hearing may be held by this Court on or before October 15, 2018, or as soon thereafter as may be convenient to this Court's calendar; and for such other and further relief as the Court deems just under the circumstances.

DATED this 12th day of October, 2018.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

/s/ Stephen R. Harris
_____
Proposed Attorneys for Debtor

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

2