STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

COPPER CANYON PARTNERS LLC,

    Debtor.

_____/

Case No. 18-51144-btb

(Chapter 11)

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER <u>SHORTENING TIME</u>**

Hearing Date: N/A
Hearing Time:
Est. Time:
Set by:

    As required by the Court under LR 9006, STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, proposed attorneys for COPPER CANYON PARTNERS LLC, a Nevada limited liability company ("Debtor"), Debtor in the above-captioned case, provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time with respect to a hearing on its EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNT (Docket No. 7) filed on October 12, 2018 in the above-captioned case. They agree or disagree to the time being shortened, as indicated below:

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

1

| NAME | HOW & WHEN | AGREE/DISAGREE |
|---|---|---|
| Jared A. Day, Esq.<br>Trial Attorney for U.S. Trustee | October 11, 2018<br>Via | Agrees |

DATED this 12th day of October, 2018.

                STEPHEN R. HARRIS, ESQ.
                HARRIS LAW PRACTICE LLC

                */s/ Stephen R. Harris*
                _____
                Proposed Attorneys for Debtor

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

2