STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

COPPER CANYON PARTNERS LLC,

    Debtor.

_____/

Case No. 18-51144-btb

(Chapter 11)

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**

Hearing Date: N/A
Hearing Time:
Est. Time:
Set by:

    As required by the Court under LR 9006, STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, attorneys for COPPER CANYON PARTNERS LLC, a Nevada limited liability company ("Debtor") Debtor-In-Possession in the above-captioned case, provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time with respect to a hearing on its MOTION REQUESTING ORDER APPROVING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (11 U.S.C.§ 363(b) and (f)) (Docket No. 93) filed on February 21, 2019, in the above-captioned case. They agree or disagree to the time being shortened, as indicated below:

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

1

| NAME | HOW & WHEN | AGREE/DISAGREE |
|---|---|---|
| Jared A. Day, Esq.<br>Trial Attorney for U.S. Trustee | February 21, 2019<br>Via Telephone | Agrees |
| Brett Meich, Esq.<br>Attorney for Disputed Creditors<br>K.R.K., LLC,<br>Copper Canyon Investors, LLC,<br>Spartan Mortgage Services, Inc.,<br>Urban Faze Ventures, LLC<br>and Allen W. Warren | February 21, 2019<br>Via Email | Agrees |
| Louis Bubala, Esq.<br>Attorney for Secured Creditor<br>PV Reno Delaware, LLC | February 21, 2019<br>Via Telephone | Agrees |

DATED this 21st day of February, 2019.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*
_____
Attorneys for Debtor

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

2